UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

**U.S.A. vs. Rufus Taylor, III**　　　　　　　　　　　　　　　　　　　Docket No. 5:13-MJ-2068-1

**Petition for Action on Probation**

COMES NOW Van R. Freeman, Jr., Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Rufus Taylor, III, who, upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating NCGS 20-138.1, Driving While Impaired Level 5, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge on December 10, 2014, to 12-months of probation under the conditions adopted by the court and the following special conditions:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

2. The defendant shall obtain a substance abuse assessment from an appropriate mental health facility within (30) days from the date of this judgment and complete any prescribed treatment program. The defendant must pay the assessment fee and any added treatment fees that may be charged by the facility.

3. The defendant shall participate in any other Alcohol/Drug Rehabilitation and Education program as directed by the U.S. Probation Office.

4. The defendant shall surrender his/her North Carolina driver's license to the Clerk of this Court for mailing to the North Carolina Division of Motor Vehicles and not operate a motor vehicle on the highways of the State of North Carolina except in accordance with the terms and conditions of a limited driving privilege issued by the appropriate North Carolina Judicial Official.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 28, 2015 the defendant tested positive for the use of marijuana. We confirmed with the national lab that this use occurred since the defendant's supervision began. The defendant is currently attending treatment for his Driving While Impaired. In order to continue to drug test him and to make available additional treatment, we recommend that a drug aftercare condition be added to his probation conditions. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility

Except as herein modified, the judgment shall remain in full force and effect.

Rufus Taylor, III
Docket No. 5:13-MJ-2068-1
Petition For Action
Page 2

I declare under penalty of perjury that the foregoing is true and correct.
/s/ Van R. Freeman, Jr.
Van R. Freeman, Jr.
Senior U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301
Phone: 910-354-2542
Executed On: February 18, 2015

## ORDER OF THE COURT

Considered and ordered this __19__ day of __February__, 2015 and ordered filed and made a part of the records in the above case.

Robert B. Jones, Jr.
U.S. Magistrate Judge