UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-MJ-2068

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RUFUS TAYLOR, III | ORDER |

This matter is before this Court on defendant's motion to clarify the written judgment in this case. For the reasons stated in that motion, and pursuant to Rule 36 of the Rules of Criminal Procedure, this Court clarifies the judgment to indicate that Mr. Taylor shall receive credit for one day of time previously served against his ten day period of incarceration. All other aspects of the judgment remain unaltered.

1/8/16
DATE

_Kimberly A. Swank_
UNITED STATES MAGISTRATE JUDGE